AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JANE DOE,

Plaintiff,

v.

COFFEE REGIONAL MEDICAL CENTER, INC.,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:24-cv-005

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered April 29, 2024, Plaintiff's motion to remand is granted.

Therefore, this case is remanded to the Superior Court of Coffee County and stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: April 30, 2024

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020